1018

[No. 47537-1-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. K.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02931-6, Julie Spector, J., entered October 3, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47567-3-I. Division One. September 17, 2001.]

WILLIAM T. PEEK, *Appellant*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-07791-2, Mary Yu, J., entered September 22, 2000. *Reversed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Webster, J.

[No. 47587-8-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. T.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02959-6, Julie Spector, J., entered September 22 and October 6, 2000 and January 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 47743-9-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02680-5, Julie Spector and James Bryan Street, JJ., entered November 29, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47935-1-I. Division One. September 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.J., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-03377-1, James Bryan Street, J., entered December 21, 2000. *Affirmed* by unpublished per curiam opinion.